In the Matter of the Application of WILLIS W. SMITH, Respondent, against SAMUEL LEVY, as President of the Borough of Manhattan, City of New York, Appellant.— Final order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Last Will and Testament of MARY LOUISE NEWTON, Deceased.— Decree modified by reducing allowance to $220 a month, and as so modified affirmed, with costs to respondents payable out of the estate. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.; McAvoy, J., dissents and votes to reverse and dismiss. Settle order on notice.

D. & H. CAFETERIA, INC., Plaintiff, v. 450 SEVENTH AVENUE REALTY CORPORATION, Respondent, and GEORGE T. ATWELL FOUNDATION CORPORATION, Defendant, Impleaded with GEORGE COLON & COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MARY DANA, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ROBERT VAUGHAN, Appellant, v. DEVONSHIRE CONSTRUCTION CO., INC., and BEATRICE SULLIVAN, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CHARLES MUTH, Respondent, v. JAN TELENGA, Appellant.†— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

BANK OF MANHATTAN TRUST COMPANY, as Successor Trustee by Merger to AMERICAN TRUST COMPANY, etc., Respondent, v. TWENTY-ONE SIXTY-SIX BROADWAY CORPORATION and Others, Defendants, Impleaded with THE CORPORATION OF THE MANHATTAN CONGREGATIONAL CHURCH, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

HENRIETTA A. BAZIN, Respondent, v. ARTHUR J. MORRIS, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $5,175.05; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ROSA ANZALONE, as Administratrix, etc., of JOSEPH ANZALONE, Deceased, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment modified by providing that the dismissal of the complaint was because of a failure of proof and not on the merits, and as so modified affirmed, with costs to the respondent. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.